IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| ZIPIT WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. <br><br> Defendant. | Case No. 6:18-cv-02016-JMC |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Zipit Wireless, Inc. hereby voluntarily dismisses this action in its entirety. Defendant has not filed an answer or a motion for summary judgment. Accordingly, this action may be dismissed without an order of the Court.

Respectfully submitted, this 13th day of February, 2020.

                                            */s/ Robert P. Foster*
                                            Robert P. Foster
                                            FOSTER LAW FIRM, LLC
                                            601 East McBee Avenue
                                            Suite 104
                                            Greenville, SC 29601
                                            Telephone: (864) 242-6200
                                            Facsimile: (864) 233-0290
                                            Email: rfoster@fosterfoster.com

                                            Stephen R. Risley
                                            (admitted *pro hac vice*)

KENT & RISLEY LLC
5755 North Point Parkway, Suite 57
Alpharetta, GA 30022
Telephone: (404) 585-2101
Facsimile: (678) 389-9402
Email: steverisley@kentrisley.com

Daniel A. Kent
(admitted *pro hac vice*)
KENT & RISLEY LLC
5755 North Point Parkway, Suite 57
Alpharetta, GA 30022
Telephone: (404) 585-4214
Facsimile: (404) 829-2412
Email: dankent@kentrisley.com

Cortney S. Alexander
(admitted *pro hac vice*)
KENT & RISLEY LLC
5755 North Point Parkway, Suite 57
Alpharetta, GA 30022
Telephone: (404) 855-3867
Facsimile: (770) 462-3299
Email: cortneyalexander@kentrisley.com

Attorneys for Plaintiff
Zipit Wireless, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on February 13, 2020 the above and foregoing document was electronically filed with the Clerk of Court for the United States District Court for the District of South Carolina, Greenville Division, using the CM/ECF system, which will automatically send notification of such filing to counsel Record.

                                        */s/ Robert P. Foster*
                                        Robert P. Foster
                                        FOSTER LAW FIRM, LLC
                                        601 East McBee Avenue
                                        Suite 104
                                        Greenville, SC 29601
                                        Telephone: (864) 242-6200
                                        Facsimile: (864) 233-0290
                                        Email: rfoster@fosterfoster.com